ORIGINAL

BERNARDO_K.gar1

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 29 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KATHLEEN BERNARDO<br>aka KATHLEEN M. LEON GUERRERO,<br><br>  Defendant. | CRIMINAL CASE NO. 97-00116<br><br>**APPLICATION FOR WRIT<br>OF CONTINUING GARNISHMENT** |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor KATHLEEN BERNARDO aka KATHLEEN M. LEON GUERRERO, social security number XXX-XX-5846, whose last known mailing address is: XXXX N. Paulino Heights, Ipan, Guam 96915 (hereinafter "Debtor"), in the above cited action for the sum of $30,100.00 which includes a $100.00 special assessment fee and restitution in the amount of $30,000.00.

There is a balance of $25,700.00, as of March 28, 2007 ($25,355.00 principal + $345.00 penalty).

//

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days and the Debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The names and address of the Garnishee or his authorized agent is:

Standard Insurance
c/o Government of Guam Retirement Fund
424 Route 8
Maite, Guam 96910

DATED this 29th day of March, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney