**BERNARDO_K.gar2**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN BERNARDO<br>aka KATHLEEN M. LEON GUERRERO,<br><br>Defendant.<br><br>STANDARD INSURANCE<br>c/o Government of Guam Retirement Fund,<br><br>Garnishee. | CRIMINAL CASE NO. 97-00116<br><br>**ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT OF CONTINUING GARNISHMENT** |

ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Continuing Garnishment against Defendant Judgment Debtor KATHLEEN BERNARDO aka KATHLEEN M. LEON GUERRERO in the above cited action.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Apr 03, 2007**