ORIGINAL

1  **BERNARDO_K.gar6**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

# FILED
DISTRICT COURT OF GUAM
APR - 4 2007 nbo
MARY L.M. MORAN
CLERK OF COURT

7  Attorney's for United States of America

8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE DISTRICT OF GUAM

11  UNITED STATES OF AMERICA,      )   CRIMINAL CASE NO. 97-00116
                                   )
12              Plaintiff,         )
                                   )
13       vs.                       )   **NOTICE TO DEFENDANT-**
                                   )   **JUDGMENT DEBTOR ON HOW**
14  KATHLEEN BERNARDO              )   **TO CLAIM EXEMPTIONS**
    KATHLEEN M. LEON GUERRERO,     )
15                                 )
                Defendant,         )
16  _____)
                                   )
17  STANDARD INSURANCE             )
    c/o Government of Guam Retirement Fund, )
18                                 )
                Garnishee.         )
    _____)

19

20          **NOTICE TO DEFENDANT-JUDGMENT DEBTOR**
21          **ON HOW TO CLAIM EXEMPTIONS FOR GUAM**

22

23      The attached pre-judgment or post-judgment process has been issued on request of the

24  United States of America.

25      The law provides that certain property and wages cannot be taken. Such property is said

26  to be exempted. This Notice lists the exemptions under federal law. There is no exemption

27  solely because you are having difficulty paying your debts.

28  //

If you claim an exemption, you should (i) fill out the claim for exemption form and (ii) deliver or mail the form to the clerk's office of this court and counsel for the United States. You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the court.

If the United States of America as creditor is asking that your wages be withheld, the method of computing the amount of wages which are exempt from garnishment by law is indicated on the Claim for Exemption Form which is attached. You do not need to file a claim for exemption to receive this exemption, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

On the day of the hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.

DATED this _29th_ day of __March__, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

BERNARDO_K.gar6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KATHLEEN BERNARDO )<br>aka KATHLEEN M. LEON GUERRERO, )<br>)<br>Defendant, )<br>_____)<br>)<br>STANDARD INSURANCE )<br>c/o Government of Guam Retirement Fund, )<br>)<br>Garnishee. )<br>_____) | CRIMINAL CASE NO. 97-00116<br><br><br>**CLAIM FOR EXEMPTION FORM** |

## **CLAIM FOR EXEMPTION FORM**

### **EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)**

NOTE: 18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under the Internal Revenue Service Code.

I claim that the exemption(s) from enforcement which are checked below apply in this case:

_____  1.  Wearing apparel and school books.--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.

_____  2.  Fuel, provisions, furniture, and personal effects.--So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed **$6,250** in value.

_____  3.  Books and tools of a trade, business, or profession.--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate **$3,125** in value.

_____  4.  Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

_____     5.     Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee.

_____     6.     Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

_____     7.     Workmen's Compensation.--Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

_____     8.     Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

_____     9.     Certain service-connected disability payments.-- Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under--(A) subchapter II, III,IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35,37, or 39 of such Title 38.

_____     10.     Assistance under Job Training Partnership Act.
--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

_____     11.     Minimum exemptions for wages, salary and other income. The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in criminal cases. The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, automatically apply and do not need to be claimed. The aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed (1) 25 % of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

The statements made in this claim of exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

_____     I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

(_____) or telephonically at (_____)
    Address                                                Phone No.

_____
Debtor's printed or typed name

_____
Signature of debtor          Date