UNOFFICIAL

BERNARDO_K.gar7

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
5  FAX: (671) 472-7215

6  Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 12 2007

MARY L.M. MORAN
CLERK OF COURT

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF GUAM

9  UNITED STATES OF AMERICA,            ) CRIMINAL CASE NO. 97-00116
                                        )
10              Plaintiff,              )
                                        )
11        vs.                           ) **CERTIFICATION OF SERVICE**
                                        ) **OF DOCUMENTS ON GARNISHEE**
12  KATHLEEN BERNARDO                   )
    aka KATHLEEN M. LEON GUERRERO,      )
13                                      )
                Defendant,               )
14  _____  )
                                        )
15  STANDARD INSURANCE                  )
    c/o Government of Guam Retirement Fund, )
16                                      )
                Garnishee.              )
17  _____  )

18

19   The United States of America, the judgment creditor herein, hereby certifies that filed or

20 electronically filed copies of the following: **Application for Writ of Continuing Garnishment,**

21 **Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing**

22 **Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee** and **Notice**

23 **to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the garnishee by

24 certified mail on April 5, 2007.

25
                                        LEONARDO M. RAPADAS
26                                      United States Attorney
                                        Districts of Guam and the NMI
27

28  DATED: 4-11-07          By: _____
                                        MARIVIC P. DAVID
                                        Assistant U.S. Attorney