ORIGINAL

BERNARDO_K.wdraw

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
APR 12 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KATHLEEN BERNARDO<br>aka KATHLEEN M. LEON GUERRERO,<br><br>    Defendant,<br><br>STANDARD INSURANCE<br>c/o Government of Guam Retirement Fund,<br><br>    Garnishee. | CRIMINAL CASE NO. 97-00116<br><br>**MOTION TO WITHDRAW WRIT OF CONTINUING GARNISHMENT** |

On April 3, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served to Defendant KATHLEEN BERNARDO aka KATHLEEN M. LEON GUERRERO and Garnishee, Standard Insurance c/o Government of Guam Retirement Fund.

//
//
//
//

On or about April 11, 2007, payment in full was made by Defendant. Plaintiff respectfully requests that the Court withdraw the Writ of Continuing Garnishment against Defendant KATHLEEN BERNARDO aka KATHLEEN M. LEON GUERRERO.

DATED this __11th__ day of April, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney