ORIGINAL

BERNARDO_K.gar7

1 LEONARDO M. RAPADAS
United States Attorney
2 MARIVIC P. DAVID
Assistant U.S. Attorney
3 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
5 FAX: (671) 472-7215

6 Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
APR 16 2007
MARY L.M. MORAN
CLERK OF COURT

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE DISTRICT OF GUAM

| | |
|---|---|
| 9 UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00116 |
| 10 Plaintiff, ) | |
| 11 vs. ) | **AMENDED CERTIFICATION OF SERVICE OF DOCUMENTS ON GARNISHEE** |
| 12 KATHLEEN BERNARDO ) aka KATHLEEN M. LEON GUERRERO, ) | |
| 13 Defendant, ) | |
| 15 STANDARD INSURANCE ) c/o Government of Guam Retirement Fund, ) | |
| 17 Garnishee. ) | |

18 The United States of America, the judgment creditor herein, hereby certifies that filed or
19 electronically filed copies of the following: **Application for Writ of Continuing Garnishment,**
20 **Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing**
21 **Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee, Notice of**
22 **Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and
23 **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the
24 garnishee by certified mail on April 5, 2007.

25
26                                                          LEONARDO M. RAPADAS
                                                            United States Attorney
27                                                          Districts of Guam and the NMI

28 DATED: 4/14/07                  By: _____
                                        MARIVIC P. DAVID
                                        Assistant U.S. Attorney