

BERNARDO_K.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

APR 20 2007

**MARY L.M. MORAN
CLERK OF COURT**

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00116 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| KATHLEEN BERNARDO aka KATHLEEN M. LEON GUERRERO, | ) | |
| Defendant, | ) | |
| STANDARD INSURANCE c/o Government of Guam Retirement Fund, | ) | |
| Garnishee. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed or electronically filed copies of the following:   **Motion to Withdraw Writ of Continuing Garnishment** and **Order Re: United States Motion to Withdraw Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on April 16, 2007

MICHELLE PEREZ